UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIANNA UDVARDI,

        Plaintiff,

                                                        Case No. 8:10-cv-2131

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendants.
_____/

**NOTICE OF PENDING SETTLEMENT**

      Defendant, NCO Financial Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                          Respectfully submitted,

                                          /s/ Dayle M. Van Hoose
                                          Dayle M. Van Hoose, Esq.
                                          Florida Bar No.: 0016277
                                          Kenneth C. Grace, Esq.
                                          Florida Bar No.: 0658464
                                          Sessions, Fishman, Nathan & Israel, L.L.C.
                                          3350 Buschwood Park Drive, Suite 195
                                          Tampa, FL 33618
                                          Telephone:  (813) 890-2463
                                          Facsimile:   (866) 466-3140
                                          dvanhoose@sessions-law.biz
                                          kgrace@sessions-law.biz

>Attorneys for Defendant,
>NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November 2010 a copy of the foregoing was served electronically via CM/ECF on the following:

>James D. Pacitti, Esq.
>Krohn & Moss, Ltd.
>Consumer Law Center
>10474 Santa Monica Boulevard, Suite 401
>Los Angeles, CA  90025

>/s/ Dayle M. Van Hoose
>Attorney

\\sfnfs02\prolawdocs\6947\6947-26631\Udvardi, Marianna\270103.doc